

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00461-CV

**INT OF S.K.K AND H.A.K. CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2718-CV
Honorable William Old, Judge Presiding

## O R D E R

The court reporter responsible for preparing the reporter's record for this appeal has filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and has failed request the record in writing. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that: (1) either (a) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (b) appellant is entitled to appeal without paying the reporter's fee; and (2) the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

KEITH E. HOTTLE,
Clerk of Court